IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **RYAN M. PARRISH,** <br><br> **Defendant.** | PO-24-5191-GF-JTJ <br><br> **VIOLATION:** <br> **W0874224** <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation W0874224 (for a total of $155), and for good cause shown, **IT IS ORDERED** that the $155 fine paid by the defendant is accepted as a full adjudication of violation W0874224.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 19th day of December, 2024.

John Johnston
United States Magistrate Judge